United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE ANTIONETTE SIMMS,

Plaintiff,

v.

MARIN ACCESS PARATRANSIT/TRANS DEV, et al.,

Defendants.

Case No. 26-cv-04752-TSH

**ORDER RE: VOLUNTARY DISMISSAL**

Re: Dkt. No. 11

Plaintiff Marie Simms has filed a document titled “Dismissal Voluntary,” requesting dismissal of this action so that she may refile her claims after obtaining legal counsel. ECF No. 11. The Court construes the filing as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Because no answer or motion for summary judgment has been filed, Plaintiff’s notice is effective upon filing. The dismissal is without prejudice, and Plaintiff may refile her claims at a later date. Accordingly, the Clerk of Court is directed to terminate this case.

**IT IS SO ORDERED.**

Dated: August 7, 2026

THOMAS S. HIXSON
United States Magistrate Judge